# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Delta Industries, Inc. | ) | ASBCA Nos. 58667, 58695, 58839 |
| | ) | |
| Under Contract No. SPM7L0-12-M-6284 | ) | |

APPEARANCE FOR THE APPELLANT:          Mr. George S. Price
                                                                          President and Contract Administrator

APPEARANCES FOR THE GOVERNMENT:      Daniel K. Poling, Esq.
                                                                          DLA Chief Trial Attorney
                                                                          Matthew O. Geary, Esq.
                                                                          Adam Heer, Esq.
                                                                          Trial Attorneys
                                                                          DLA Land and Maritime
                                                                          Columbus, OH

## ORDER OF DISMISSAL

On 24 April 2014, the Board received Delta's Motion to Dismiss ASBCA No. 58667. ASBCA No. 58667 is consolidated with ASBCA Nos. 58695 and 58839. All three appeal numbers relate to the same matter. These appeals have been settled. Accordingly, ASBCA Nos. 58667, 58695 and 58839 are dismissed with prejudice.

Dated: 25 April 2014

CRAIG S. CLARKE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58667, 58695, 58839, Appeals of Delta Industries, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals